IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY FERGUSON : | |
| : | |
| v. : | CIVIL ACTION NO. 19-2674 |
| : | |
| POLICE OFFICER BENJAMIN KLOCK : | |
| ET AL. : | |

# **ORDER**

This 7th day of April, 2021, it is hereby **ORDERED** that Defendant's Motion to Dismiss for Lack of Prosecution under Federal Rule of Civil Procedure 41(b), ECF 20, is **GRANTED**. Plaintiff's remaining claims are therefore **DISMISSED** with prejudice.

/s/ Gerald Austin McHugh
United States District Judge